

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00411-CV

**REPSOL OIL** and Gas USA, LLC as successor of Talisman Energy USA Inc, Statoil Texas Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings LLC, JAR Resources Holdings, L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

The court reporter's request for additional time to file the reporter's record is granted in part. We order the court reporter, Leticia Escamilla, to file the reporter's record by October 24, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court